UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA LYNCH,

          Plaintiff,

v.

PRE-TRIAL PROCESSING and
DYNAMIC PACKET, CORP.,

          Defendants.
_____/

Case No. 1:15-cv-587

HON. ROBERT J. JONKER

NOTICE OF DISMISSAL

Plaintiff hereby gives notice that this lawsuit is dismissed with prejudice as to all parties.

Dated: June 25, 2015

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com